UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re     Case No. 17−33579
    Chapter 13

Tamika Lasgonda Edwards,

    Debtor.

## NOTICE OF DEFICIENCY

This notice identifies deficiencies of the petition in the above−referenced case. All documents filed must contain the case number.

**1. Fees**
New case fees to be paid in installments must be accompanied by an application to pay in installments. This case is subject to immediate dismissal if the fee is not submitted within 36 hours of filing the petition. [L.B.R. 1006−1, Bankr. M.D. Ala.]

    ☐ Chapter 13 Filing Fee ($310)     ☐ Initial Installment ($50 minimum)

**2.** ☐ **Application to Pay Filing Fees in Installments** (Official Form 103A)
Debtor must be an individual and must submit a signed application with the petition for court approval. [Rule 1006(b), Federal Rules of Bankruptcy Procedure]

**3. Debtor's and/or Debtor's Attorney's Information**
    ☐ Debtor's address and/or phone number is missing or incomplete
    ☐ Attorney's address and/or phone number is missing or incomplete
    ☐ Official Form 121, Your Statement About Your Social Security Numbers, is missing (pro se debtors only)

**4. Declarations and Signatures**
The following must be submitted within 14 days of filing the petition.
    ☐ Signature of debtor, whether represented by attorney or acting pro se (page 6 of petition, Official Form 101)
    ☐ Debtor's attorney's signature (page 7 of petition, Official Form 101)
    ☐ Additional signature of pro se debtor, (page 8 of petition, Official Form 101)
    ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
    ☐ Declaration about an Individual Debtor's Schedules (Official Form 106 Declaration)

**5.** ☐ **Names and Addresses of All Creditors**
This case is subject to immediate dismissal if all creditors' names and addresses are not submitted within 72 hours of filing the petition.

**6.** ☒ **Statement of Monthly Income** (Form 122C−1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)
This must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1)(B)(v) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**7.** ☐ **Payment Advices**
This must be submitted within 14 days of filing the petition. Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (See local forms.) [11 U.S.C. § 521(a)(1)(B)(iv) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**8. Schedules and Other Documents**
The following must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1) and Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

- ☐ 106Sum
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J−2 (required if you are joint debtors living in separate households)

**9.** ☑ **Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107)
This must be submitted within 14 days of filing the petition. [Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

**10.** ☐ **Declaration Re: Electronic Filing of Petition, Schedules & Statements** (ALMB 1)
This must be signed by the debtor and debtor's attorney, and must be submitted within 14 days of filing the petition.

**11.** ☑ **Disclosure of Compensation of Attorney for Debtor** (Form 2030)
This must be submitted within 14 days of filing the petition or by any other date set by the court. [11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure]

**12.** ☐ **Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
This must be filed with the petition if a bankruptcy petition preparer prepares the petition. [11 U.S.C. § 110(h)(2)]

**13.** ☐ **Chapter 13 Plan**
This must be submitted within 14 days of filing the petition. [Rule 3015, Federal Rules of Bankruptcy Procedure]

**14.** ☐ **Documents are not legible**

**15.** ☐ **Other:**

Dated December 12, 2017

Juan−Carlos Guerrero
Clerk of Court